# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Supervised Release) |
| JAYSON DANIEL HAHN | Case Number: 8:05-cr-506-T-23EAJ |
| | USM Number: 48660-018 |
| | Defendant's Attorney: Mauricio Hued, AFPD |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through six of the October 8, 2009, petition (Doc. 63).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conviction, driving while license suspended/revoked | 10/01/09 |
| Two | Failure to follow instructions of probation officer | 09/04/09 |
| Three | Failure to answer truthfully | 07/31/09 |
| Four | Positive urinalysis for marijuana | 08/19/09 |
| Five | Positive urinalysis for marijuana | 09/23/09 |
| Six | Failure to make restitution | 07/31/09 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment or any previous judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 16, 2009
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

October 16, 2009
Date

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHT (8) MONTHS.**

__X__   The court recommends to the Bureau of Prisons: Confinement at a facility in Coleman, Florida

__X__   The defendant is remanded to the custody of the United States Marshal.

___   The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m.   on _____.

    ___ as notified by the United States Marshal.

___   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

No term of supervision is imposed.